USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

EDWIN DIAZ, on behalf of himself and all others similarly situated,

                Plaintiff,

      v.

GALERIE DE POP INC.,

                Defendant.

-------------------------------------------------------------- x

18-cv-10929 (LGS)

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice. Each party shall bear its or her own legal fees and costs.

Dated:

COHEN & MIZRAHI LLP

By: _____
    Joseph Mizrahi
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
(929) 575-4175
*Attorneys for Plaintiff*

PADUANO & WEINTRAUB, LLP

By: *Alicia Valenti*/MKS
    Alicia Valenti
1251 Avenue of the Americas, 9th Floor
New York, New York 10020
(212) 785-9100
*Attorneys for Defendant*

SO ORDERED.

Dated: April 4, 2019
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE